# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNLINE USA, LLC,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**GLOVE KING, LLC, HENRY LEONG,**<br>**AND TROPICAL GROUP, LLC,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-1689** |

## O R D E R

**AND NOW**, this 3rd day of November 2022, upon consideration of Defendant Tropical Group, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper Venue or to Transfer Venue (ECF No. 15), Plaintiff's Response thereto (ECF No. 18), and Plaintiff's Request for Default Judgment and entry thereof by the Clerk of Court (ECF No. 21), **IT IS HEREBY ORDERED** that:

1.　Defendant Tropical Group, LLC's Motion to Dismiss (ECF No. 15) is **GRANTED**, and the claims against Tropical Group, LLC are **DISMISSED WITHOUT PREJUDICE**.

2.　Plaintiff shall submit a brief no later than **November 23, 2022,** to the Court showing cause as to why the claims against non-responsive Defendants Glove King, LLC and Henry Leong should not be dismissed for lack of personal jurisdiction.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**