IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNLINE USA, LLC,**<br>    **Plaintiff,**<br><br>    v.<br><br>**GLOVE KING, LLC, HENRY LEONG,<br>AND TROPICAL GROUP, LLC,**<br>    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-1689 |

**O R D E R**

  AND NOW, this 22nd  day of November, 2022, upon consideration of Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Defendants having not answered or moved for summary judgment,

**IT IS HEREBY ORDERED** that this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall TERMINATE this case and mark it as CLOSED.

                   BY THE COURT:


                   */s/ Wendy Beetlestone*
                   _____
                   **WENDY BEETLESTONE, J.**